IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DION & GOLDBERGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | NO. 02-5298 |

**O R D E R**

       AND NOW, this 13th day of August, 2002, it is Ordered that the Rule 16 Conference in the above captioned case, scheduled on August 29, 2002 is CANCELLED until further notice from the Court.

ATTEST:                                             or    BY THE COURT

BY:_____                          _____
    Carol D. James, Deputy Clerk                              MARY A. McLAUGHLIN,  J.

MAILED FROM CHAMBERS 8/13/02:
    Samuel A. Dion, Esq.
    Justin P. Borkowski, Esq.

Civ 12 (9/83)