```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DION & GOLDBERGER,              :    CIVIL ACTION
          Plaintiff             :
                                :
       v.                       :
                                :
SOUTHEASTERN PENNSYLVANIA       :
TRANSPORTATION AUTHORITY        :
          Defendant             :    NO. 02-5298
```

## ORDER

AND NOW, this     day of October, 2002, upon consideration of the plaintiff's motion to remand (Docket #3) and the defendant's response to the motion (Docket #7), it is hereby Ordered that the plaintiff's motion is granted and the case remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania for the reasons given in a memorandum of today's date.

                              BY THE COURT:


                              _____
                              MARY A. MCLAUGHLIN, J.